IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LENORA FREUDENBERG,
    Plaintiff,

Case No. 8:11-cv-000801

v.

CITIBANK, N.A. and
ZAKHEIM & LAVRAR, P.A.,
    Defendants.
_____/

## PLAINTIFF'S MOTION TO REOPEN CASE

COMES NOW the Plaintiff, LENORA FREUDENBERG, through and by his undersigned attorney, and hereby files this Motion to Reopen Case and states as follows:

1. Plaintiff filed a Notice of Voluntary Dismissal (Document No. 19) on 8/30/2011.

2. This Notice of Voluntary Dismissal was erroneously filed. The notice should indicate a voluntary dismissal as to Defendant CitiBank, N.A. only.

3. The civil matter with Defendant Zakheim & Lavrar, P.A. is currently still pending.

4. Therefore, this case should be reopened as to Defendant Zakheim & Lavrar, P.A. only.

WHEREFORE Plaintiff hereby requests this Court grant her Motion to Reopen Case as to Defendant Zakheim & Lavrar, P.A., consider the Notice of Voluntary Dismissal as to Defendant CitiBank, N.A. only, and for whatever further relief this Court deems just and proper.

Dated:      August 30, 2011            Respectfully submitted,

                                                                             s/ Joseph B. Battaglia
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail: don@brandonlawyer.com
JOSEPH B. BATTAGLIA, ESQUIRE
Florida Bar No. 0058199
E-Mail: joe@brandonlawyer.com
DAVID S. BROMLEY, ESQUIRE
Florida Bar No. 0155349
E-Mail: david@brandonlawyer.com
THE GOLDEN LAW GROUP
808-A Oakfield Drive
Brandon, Florida  33511
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO REOPEN CASE** has been provided electronically to the following ; on this  30th  day of    August   , 2011.

Rachael L. Greenstein, Esquire, Akerman Senterfitt, Counsel for CitiBank, N.A.

Barbara Fernandez, Esquire, Hinshaw & Culbertson LLP, Counsel for Zakheim & Lavrar, P.A.

                                                                             s/ Joseph B. Battaglia
G. DONALD GOLDEN, ESQUIRE
JOSEPH B. BATTAGLIA, ESQUIRE
DAVID S. BROMLEY, ESQUIRE